IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–00332 RS |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING** |
| v. | |
| ERIC JACKSON, | **Court:**   Courtroom 3, 17th Floor |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date be continued from May 5, 2020, at 2:30 p.m. to June 16, 2020, at 2:30 p.m. for sentencing.

**IT IS SO ORDERED.**

Dated:   April 20, 2020

_____
HONORABLE RICHARD SEEBORG
United States District Judge