GEOFFREY A. HANSEN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 19-332 RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE |
| ERIK JACKSON, | |
| Defendants. | |

Defendant Eric Jackson is scheduled for a status conference on his alleged violation of his conditions of supervised release on August 10, 2021. The parties jointly request that the matter be continued to September 21, 2021 at 2:30 p.m.

SO STIPULATED.

| | |
|---|---|
| 8/9/21 | /s |
| Date | LINA PENG |
| | Assistant U.S. Attorney |
| | |
| 8/9/21 | /s |
| Date | JODI LINKER |
| | Attorney for Defendant |

IT IS SO ORDERED.

August 9, 2021

Date

RICHARD SEEBORG
Chief United States District Judge