JODI LINKER
Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 19-332 RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND RELEASE ORDER |
| ERIC JACKSON, | |
| Defendants. | |

*US v. Jackson*, Case No. 19-332 RS;
STIP & ORD. TO CONT.                               1

Defendant Eric Jackson was scheduled to appear before the Court today, August 2, 2022. Unfortunately, he was not brought to court because of Covid protocols at the jail. The parties had anticipated requesting his release to a treatment program. Given his inability to appear this morning, the parties hereby stipulated that Mr. Jackson be released from the custody of the U.S. Marshal Service by 9:00 a.m. on Wednesday, August 3, 2022. He is ordered to go directly to Options Recovery in Berkeley, CA and reside there for up to 180 days, as directed by the U.S. Probation Officer.

The parties request that today's appearance be continued to November 8, 2022, at 9:30 a.m., for a status conference.

The Probation Officer joins in these requests.

SO STIPULATED.

| | |
|---|---|
| 8/2/22<br>Date | /S/<br>LINA PENG<br>Assistant U.S. Attorney |
| 8/2/22<br>Date | /S/<br>JODI LINKER<br>Attorney for Defendant |

IT IS SO ORDERED.

| | |
|---|---|
| August 2, 2022<br>Date | RICHARD SEEBORG<br>Chief United States District Judge |